**Marie-Louise PAUSON, Plaintiff-Appellant,**

v.

**BAYVIEW LOAN SERVICING, LLC, Defendant-Appellee.**

No. 16-35800

United States Court of Appeals, Ninth Circuit.

Submitted July 11, 2017 *

Filed July 18, 2017

Marie-Louise Pauson, Pro Se

Ryan M. Carson, Wright, Finlay & Zak, LLP, Seattle, WA, Jonathan D. Fink, Attorney, Wright, Finlay & Zak, LLP, Newport Beach, CA, for Defendant-Appellee

Before: CANBY, KOZINSKI, and HAWKINS, Circuit Judges.

MEMORANDUM **

Marie-Louise Pauson appeals pro se from the district court's judgment dismissing her action alleging a violation of the Truth in Lending Act ("TILA"). We review de novo questions of our own jurisdiction. *Hunt v. Imperial Merchant Servs., Inc.,* 560 F.3d 1137, 1140 (9th Cir. 2009).

Because the foreclosure sale of the property has already been completed, we can-

not grant the relief Pauson requests and we dismiss the appeal as moot. *See Vegas Diamond Props., LLC v. FDIC,* 669 F.3d 933, 936 (9th Cir. 2012) ("[T]he sale of the real properties prevents this Court from granting the requested relief and accordingly renders this appeal moot."); *Am. Cas. Co. of Reading, Pa. v. Baker,* 22 F.3d 880, 896 (9th Cir. 1994) (a case is moot when there is no longer a present controversy as to which effective relief can be granted).

**DISMISSED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

